No. 704, Misc.  CANDELARIO *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.  Petitioner *pro se.*  *Thomas C. Lynch,* Attorney General of California, *Edsel W. Haws* and *Roger E. Venturi,* Deputy Attorneys General, and *Doris H. Maier,* Assistant Attorney General, for respondent.

No. 714, Misc.  COKE *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  *Leon Polsky* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Marshall Tamor Golding* for the United States.

No. 852, Misc.  REED *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 861, Misc.  WRIGHT *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 877, Misc.  COPLEY *v.* UNITED STATES; and No. 886, Misc.  ROSEMAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Luke McKissack* for petitioner in No. 877, Misc., and *William C. Wunsch* for petitioner in No. 886, Misc.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States in both cases.

No. 964, Misc.  VIVEIROS *v.* STATE BOARD OF EDUCATION ET AL.  Sup. Ct. R. I.  Certiorari denied.